Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM G. REED and MARY E. REED, husband and wife, and the marital community composed thereof,<br><br>Plaintiffs<br><br>v.<br><br>HELICOPTER TECHNOLOGY COMPANY, Limited Partnership, a Nevada Limited Partnership; HELICOPTER TECHNOLOGY CORPORATION, a California corporation, General Partner for HELICOPTER TECHNOLOGY COMPANY, Limited Partnership; HELICOPTER TECHNOLOGY COMPANY, LLC, a foreign limited liability company and/or d/b/a of HELICOPTER TECHNOLOGY COMPANY, Limited Partnership; and MD HELICOPTERS, INC., and Arizona corporation, and JOHN DOES 1 through 10,<br><br>Defendants. | NO. 2:17-cv-01258-RSL<br><br>ORDER ON STIPULATED MOTION TO STAY INITIAL CASE SCHEDULING DEADLINES<br><br>[PROPOSED] |

ORDER ON STIPULATED MOTION TO STAY INITIAL
SCHEDULING DEADLINES (No.2:17-cv-01258-RSL)- 1

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

This matter came before the Court on the Parties' Stipulated Motion to Stay Initial Scheduling Deadlines. The Court having reviewed the file and records herein and being otherwise advised in the premises, NOW THEREFORE,

IT IS HEREBY ORDERED as follows:

(1) All deadlines set in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, Dkt. # 13, are STAYED.

(2) A new Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement shall issue following entry of an Order on MDHI's Motion to Dismiss, Dkt. # 10.

DATED: September 11, 2017.

*/s/ MAS Lasnik*
Honorable Robert S. Lasnik
United States District Judge

Presented by:

KRUTCH LINDELL BINGHAM JONES
Attorneys for Plaintiffs

By: /s/Jeffrey C. Jones
   9/8/17 E-mail Authority
   Thomas W. Bingham
   WSBA No. 7575
   Jeffrey C. Jones
   WSBA No. 7670
   James Nathan Bingham
   WSBA No. 46325

ORDER ON STIPULATED MOTION TO STAY INITIAL
SCHEDULING DEADLINES (No.2:17-cv-01258-RSL)- 2

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

MILLS MEYERS SWARTLING P.S.
Attorneys for Defendant MD Helicopters, Inc.

By: /s/Caryn Geraghty Jorgensen
    Caryn Geraghty Jorgensen
    WSBA No. 27514
    John Fetters
    WSBA No. 40800

NORTHCRAFT, BIGBY & BIGGS
Attorneys for Defendants Helicopter Technology Company and Helicopter Technology Corporation

By: /s/Mark S. Northcraft
    9/8/17 E-mail Authority
    Mark S. Northcraft
    WSBA No. 7888

ORDER ON STIPULATED MOTION TO STAY INITIAL
SCHEDULING DEADLINES (No.2:17-cv-01258-RSL)- 3

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343