Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WILLIAM G. REED and MARY E. REED, husband and wife, and the marital community composed thereof, <br><br> Plaintiffs <br><br> v. <br><br> HELICOPTER TECHNOLOGY COMPANY, Limited Partnership, a Nevada Limited Partnership; HELICOPTER TECHNOLOGY CORPORATION, a California corporation, General Partner for HELICOPTER TECHNOLOGY COMPANY, Limited Partnership; HELICOPTER TECHNOLOGY COMPANY, LLC, a foreign limited liability company and/or d/b/a of HELICOPTER TECHNOLOGY COMPANY, Limited Partnership; and MD HELICOPTERS, INC., and Arizona corporation, and JOHN DOES 1 through 10, <br><br> Defendants. | NO. 2:17-cv-01258-RSL <br><br> ORDER ON STIPULATED MOTION ON BRIEFING SCHEDULE <br><br> [PROPOSED] |

ORDER ON STIPULATED MOTION ON BRIEFING SCHEDULE (No.2:17-cv-01258-RSL)- 1

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1  This matter came before the Court on the Parties' Stipulated Motion on Briefing
2  Schedule. The Court having reviewed the file and records herein and being otherwise advised
3  in the premises, NOW THEREFORE,
4  IT IS HEREBY ORDERED that MD Helicopters, Inc. will re-note its Motion to
5  Dismiss for January 19, 2018, and any opposition to MD Helicopters, Inc.'s Motion to Dismiss
6  Dkt. # 10 will be due on January 12, 2018.

DATED: Nov. 21, 2017.

/s/ Robert S. Lasnik
Honorable Robert S. Lasnik
United States District Judge

Presented by:

| KRUTCH LINDELL BINGHAM JONES | MILLS MEYERS SWARTLING P.S. |
| Attorneys for Plaintiffs | Attorneys for Defendant MD Helicopters, Inc. |

By: /s/Thomas. W. Bingham
  11/17/2017 E-mail Authority
  Thomas W. Bingham
  WSBA No. 7575
  Jeffrey C. Jones
  WSBA No. 7670

NORTHCRAFT, BIGBY & BIGGS
Attorneys for Defendants Helicopter
Technology Company and Helicopter
Technology Corporation

By: /s/ Mark S. Northcraft
  11/17/2017 E-mail Authority
  Mark S. Northcraft
  WSBA No. 7888

By: /s/Caryn Geraghty Jorgensen
  Caryn Geraghty Jorgensen
  WSBA No. 27514
  John Fetters
  WSBA No. 40800

MORRISON & FOERSTER LLP
Attorneys for Defendant MD Helicopters, Inc.

William V. O'Connor, Admitted *Pro Hac Vice*
Andrew D. Barr, Admitted *Pro Hac Vice*

ORDER ON STIPULATED MOTION ON BRIEFING
SCHEDULE (No.2:17-cv-01258-RSL)- 2

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343