Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WILLIAM G. REED and MARY E. REED, husband and wife, and the marital community composed thereof,<br><br>Plaintiffs<br><br>v.<br><br>HELICOPTER TECHNOLOGY COMPANY, Limited Partnership, a Nevada Limited Partnership, et al.,<br><br>Defendants. | NO. 2:17-cv-01258-RSL<br><br>ORDER ON STIPULATED NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL<br><br>[PROPOSED] |

This matter came before the Court on the Parties' Stipulated Notice of Withdrawal and Substitution of Counsel. The Court having reviewed the file and records herein and being otherwise advised in the premises, NOW THEREFORE,

IT IS HEREBY ORDERED that the Andrew D. Barr and the law firm of Morrison and Foerster LLP is terminated as counsel of record for Defendant MD Helicopters, Inc. and William V. O'Connor now with the law firm Cooley LLP will remain as counsel of record for Defendant MD Helicopters, Inc.

STIPULATED NOTICE OF WITHDRAWAL AND SUBSTITUTION
OF COUNSEL (No. 2:17-cv-01258-RSL)- 1

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

DATED: __Feb. 2__, 2018.

___/s/ Robert S. Lasnik___
Honorable Robert S. Lasnik
United States District Judge

Presented by:

MORRISON & FOERSTER LLP
Withdrawing Attorneys for MD Helicopters, Inc.

By: ___/s/William V. O'Connor___
    1/30/2018 E-mail Authority
    William V. O'Connor
    Admitted *Pro Hac Vice*
    Andrew D. Barr
    Admitted *Pro Hac Vice*

COOLEY, LLP
Substituting Attorneys for MD Helicopters, Inc.

By: ___/s/William V. O'Connor___
    1/30/2018 E-mail Authority
    William V. O'Connor
    Admitted *Pro Hac Vice*

KRUTCH LINDELL BINGHAM JONES PS
Attorneys for Plaintiffs William G. Reed and Mary E. Reed

By: ___/s/Thomas W. Bingham___
    1/31/2018 E-mail Authority
    Thomas W. Bingham
    WSBA No. 7575
    Jeffrey C. Jones
    WSBA No. 7670
    James Nathan Bingham
    WSBA No. 46325

MILLS MEYERS SWARTLING P.S.
Attorneys for Defendant MD Helicopters, Inc.

By: ___/s/Caryn Geraghty Jorgensen___
    Caryn Geraghty Jorgensen
    WSBA No. 27514
    John Fetters
    WSBA No. 40800

NORTHCRAFT BIGBY & BIGGS
Attorneys for Defendants Helicopter Technology Company, Helicopter Technology Corporation, and Helicopter Technology Company, LLC

By: ___/s/Mark S. Northcraft___
    1/31/2018 E-mail Authority
    Mark S. Northcraft
    WSBA No. 7888

STIPULATED NOTICE OF WITHDRAWAL AND SUBSTITUTION
OF COUNSEL (No. 2:17-cv-01258-RSL)- 2

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343