UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLYMPIC AIR, INC. and CATLIN INSURANCE COMPANY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HELICOPTER TECHNOLOGY COMPANY, *et al.*, <br><br> Defendants. | Case No. C17-1257RSL <br><br> ORDER OF CONSOLIDATION |
| WILLIAM G. REED and MARY E. REED, <br><br> Plaintiffs, <br><br> v. <br><br> HELICOPTER TECHNOLOGY COMPANY, *et al.*, <br><br> Defendants. | Case No. C17-1258RSL |

This matter comes before the Court on "Plaintiffs' Joint Motion to Consolidate Actions." Dkt. # 35. The parties seek to consolidate *Olympic Air, Inc. v. Helicopter Tech. Co.*, Case No. C17-1257RSL, with *Reed v. Helicopter Tech. Co.*, Case No. C17-1258RSL. Both actions arise out of the same helicopter accident and will involve many of the same witnesses and documents. The motion is unopposed by defendants, who are the same in both matters. Dkt. # 37.

ORDER OF CONSOLIDATION - 1

The Court finds that these cases are appropriate for consolidation under Federal Rule of Civil Procedure 42(a) because the actions involve common questions of law and fact, and the interests of judicial economy will be served by consolidation. The Court therefore GRANTS the motion, Dkt. # 35, and orders that the cases be consolidated pursuant to Rule 42(a). The cases shall be consolidated for all purposes. All documents hereafter filed in these causes shall be filed and docketed under Case No. C17-1257RSL. No further documents shall be filed in Case No. C17-1258RSL. The Clerk of the Court is requested to file a copy of this order in both cases and to close Case No. C17-1258RSL.

Although both of the above-captioned matters share the same defendants, they do not share the same complaint. The attorneys for each matter's plaintiffs are therefore ordered to meet and confer and within fourteen days of this order file a Consolidated Complaint, which will be the operative pleading in this case.

In addition, defendants filed nearly identical motions to dismiss in each matter. Case No. C17-1257, Dkt. # 11; Case No. C17-1258, Dkt. # 10. Those motions were initially continued by stipulation of counsel in both actions. Those motions are hereby stricken without prejudice to defendants refiling a motion to dismiss in response to the Consolidated Complaint.

DATED this 21st day of March, 2018.

Robert S. Lasnik
United States District Judge